1 KAREN P. HEWITT
United States Attorney
2 CAROLINE P. HAN
Assistant United States Attorney
3 California State Bar No. 250301
United States Attorney's Office
4 Federal Office Building
880 Front Street, Room 6293
5 San Diego, California 92101
Telephone: (619) 557-5220
6
Attorneys for Plaintiff
7 UNITED STATES OF AMERICA

**FILED**

FEB 2 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8

9                     UNITED STATES DISTRICT COURT

10                 SOUTHERN DISTRICT OF CALIFORNIA

                                    08 CR 569 BEN

11 UNITED STATES OF AMERICA,        )  Magistrate Case No. 08MJ0425
                                    )
12                  Plaintiff,      )
                                    )  **STIPULATION OF FACT AND JOINT**
13         v.                       )  **MOTION FOR RELEASE OF**
                                    )  **MATERIAL WITNESS(ES) AND**
14 KRISTINA ANN LEONARDO,           )  **ORDER THEREON**
                                    )
15                  Defendant.      )
                                    )  **(Pre-Indictment Fast-Track Program)**
16 _____)

17      **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18 OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and

19 Caroline P. Han, Assistant United States Attorney, and defendant KRISTINA ANN LEONARDO,

20 by and through and with the advice and consent of defense counsel, Candis L. Mitchell, Federal

21 Defenders of San Diego, Inc., that:

22      1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

23 date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

24 intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

25 guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

26 of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

27 § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

28 //

CPH:es:2/15/08

2.      Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3.      Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **March 17, 2008.**

4.      The material witness, Magaly Garcia-Cruz, in this case:

a.      Is an alien with no lawful right to enter or remain in the United States;

b.      Entered or attempted to enter the United States illegally on or about February 12, 2008;

c.      Was found in a vehicle driven by defendant in an attempt to enter the United States at the San Ysidro, California Port of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that she was an alien with no lawful right to enter or remain in the United States;

d.      Was having others pay on her behalf an undisclosed amount of money to others to be brought into the United States illegally and/or transported illegally to her destination therein; and,

e.      May be released and remanded immediately to the Department of Homeland Security for return to her country of origin.

5.      After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

a.      The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

b.      The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Kristina Ann Leonardo                    2                         08MJ0425

1  testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements

2  against interest of (an) unavailable witness(es); and,

3     c. Understanding that under Crawford v. Washington, 124 S. Ct. 1354 (2004),

4  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

5  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

6  waives the right to confront and cross-examine the material witness(es) in this case.

7    6. By signing this stipulation and joint motion, defendant certifies that defendant has

8  read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

9  further that defendant has discussed the terms of this stipulation and joint motion with defense

10  counsel and fully understands its meaning and effect.

11    Based on the foregoing, the parties jointly move the stipulation into evidence and for the

12  immediate release and remand of the above-named material witness(es) to the Department of

13  Homeland Security for return to her country of origin.

14    It is STIPULATED AND AGREED this date.

15          Respectfully submitted,

16          KAREN P. HEWITT

17          United States Attorney

18  Dated: 2/28/08

19          CAROLINE P. HAN

        Assistant United States Attorney

20

21  Dated: 21 February 2008

        CANDIS L. MITCHELL

22          Defense Counsel for Leonardo

23

24  Dated: 21 February 2008

25          KRISTINA ANN LEONARDO

        Defendant

26

27

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Kristina Ann Leonardo

     3

     08MJ0425

1          **O R D E R**

2          Upon joint application and motion of the parties, and for good cause shown,

3          **THE STIPULATION** is admitted into evidence, and,

4          **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5     forthwith to the Department of Homeland Security for return to her country of origin.

6          **SO ORDERED.**

7

8          Dated:  2/08/08                                     _____
                                                                    United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28     Stipulation of Fact and Joint Motion for Release of
       Material Witness(es) And Order Thereon in
       United States v. Kristina Ann Leonardo          4                          08MJ0425