UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08CR569 BEN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>KRISTINA ANN LEONARDO,<br><br>  Defendant. | Criminal Case 08cr0568-BEN<br><br>ORDER<br>TO EXONERATE<br>BOND OF MATERIAL WITNESS<br>AND REFUND DEPOSIT TO SURETY<br><br>MATERIAL WITNESS:<br>MAGALY GARCIA-CRUZ |

**IT IS ORDERED** that the bond posed with this Court and deposited with the Clerk of the Court to secure the presence of material witness **MAGALY GARCIA-CRUZ** shall be exonerated and the $500.00 deposited with the Clerk Cashier be returned to the surety:

          Wilfredo Serrano
          540 Meghan Drive
          Patterson CA 95363

DATED: April 2, 2008

                    _____
                    Hon. Anthony J. Battaglia
                    U.S. Magistrate Judge
                    United States District Court